# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 218 Disciplinary Docket No. 3 |
| | : | |
| GRAHAME P. RICHARDS, JR. | : | No. 43 DB 1996 |
| | : | |
| | : | Attorney Registration No. 03189 |
| | : | |
| | : | (Philadelphia) |
| PETITION FOR REINSTATEMENT | : | |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2016, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).